UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DARA VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:04CV85 RWS |
| ) | |
| TYSON FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Plaintiff has moved the Court to dismiss this case pursuant to Rule 41. However, Plaintiff has failed to file "a stipulation of dismissal signed by all parties who ave appeared in the action" as required by the Rule. As a result, I will require Defendant to show cause as to why this case should not be dismissed without prejudice.

**IT IS HEREBY ORDERED** that Defendant shall show cause in writing and no later than fourteen (14) days from the date of this order as to why this case should not be dismissed without prejudice.

Dated this 19th Day of May, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE